IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE A. SINGLETON,                            Plaintiff,       v.  DEPARTMENT OF CORRECTIONS, et al.,                            Defendants. | No. C 11-0117 LHK (PR)  JUDGMENT |

    The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED:   2/17/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

P:\PRO-SE\SJ.LHK\CR.11\Singleton117jud.wpd